IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: 1:08cv515 |
| BRADFORD SHEET METAL, INC., and LORI MARCINKO, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation of the Magistrate Judge dated October 29, 2008, recommending entry of a default judgment against Bradford Sheet Metal, Inc. and Lori Marcinko in the amount of $21,041.68 plus accruing interest (Dkt. No. 13). Defendant has not filed any objections to the Report and Recommendation. The Court conducted a *de novo* review of the evidence in this case, and adopts and incorporates the findings and recommendation of the Magistrate Judge with one minor difference in the mathematical calculation of damages. The "Late Fees" column on page 5 of the Report and Recommendation adds to $4,951.41. Thus, the "Total Amount Due" is $21,174.66.

Accordingly, it is hereby

ORDERED that judgment is entered against Defendant Bradford Sheet Metal and Lori Marcinko, jointly and severally, in the amount of $21,174.66. It is further

ORDERED that Defendants must submit the requisite remittance reports and contributions owed pursuant to any collective bargaining agreement under which Defendants are required to make contributions, to permit Plaintiffs to conduct an audit of Bradford, Inc's wage, payroll, and personnel records for periods during which Defendants were required to make contribution, and to pay any additional amounts found owing pursuant to such audit.

ORDERED that the Clerk of Court is directed to enter judgment against Defendants.

ENTERED this 11th day of March, 2009.

Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge